**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Gregory BACON, Petitioner**

**No. 461 WAL 2016**

Supreme Court of Pennsylvania.

March 22, 2017

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Michelle Leigh STARRY, Petitioner**

**No. 448 WAL 2016**

Supreme Court of Pennsylvania.

March 22, 2017

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Kenneth M. PARROTTE, Petitioner**

**No. 437 WAL 2016**

Supreme Court of Pennsylvania.

March 22, 2017

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**